# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00691-CV

**Russell Silverman, Appellant**

**v.**

**Barbara Gayl Ancira, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
## NO. C2008-1060B, HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Russell Silverman has filed a Voluntary Dismissal of Appeal. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: March 26, 2009